DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERASMO VALOY,**
Appellant,

v.

**THE MARTIN-BROWER COMPANY, LLC, et. al.**
Appellees.

No. 4D2025-2447

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062024CA015086AXXXCE.

Erasmo Valoy, Pembroke Pines, pro se.

Francesca M. Stein of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***